CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 5 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON JOSEPH SMITH, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:11CV00077 |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| | ) |
| UNITED STATES PENITENTIARY LEE | ) By: Glen E. Conrad |
| (LEE USP), | ) Chief United States District Judge |
| | ) |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 25th day of February, 2011.

_____
Chief United States District Judge